[No. 3867-1. Division One. November 29, 1976.]

THE STATE OF WASHINGTON, *Respondent*, v. NATHANIEL STARKS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 71367, Ward Roney, J., entered May 5, 1975. *Affirmed* by unpublished opinion per Callow, J., concurred in by Williams, C.J., and Andersen, J.

[No. 3906-1. Division One. November 29, 1976.]

THE CITY OF SEATTLE, *Respondent*, v. JOHN CLIFTON BUTLER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 71388, Erle W. Horswill, J., entered May 22, 1975. *Affirmed* by unpublished per curiam opinion.

[No. 4357-1. Division One. November 29, 1976.]

THE STATE OF WASHINGTON, *Respondent*, v. JACK WESTLEY BRAZIER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 73580, Janice Niemi, J., entered November 18, 1975. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Williams, C.J., and Farris, J.

[No. 4507-1. Division One. November 29, 1976.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT JEFFREY LAWRENCE, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 8973, Byron L. Swedberg, J., entered December 23, 1975. *Dismissed* by unpublished per curiam opinion.